77 So.2d 667

## W. F. ROUGHTON

### v.

### STATE.

### 5 Div. 590.

Supreme Court of Alabama.

Nov. 4, 1954.

Rehearing Denied Feb. 10, 1955.

John C. Walters, Troy, for petitioner.

Si Garrett, Atty. Gen., and Robt. P. Bradley, Asst. Atty. Gen., opposed.

CLAYTON, Justice.

Petition of W. F. Roughton, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Roughton v. State, 77 So.2d 666.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and STAKELY, JJ., concur.

77 So.2d 494

## Craig TRANHOLM

### v.

### STATE.

### 7 Div. 265.

Supreme Court of Alabama.

Jan. 20, 1955.

Wales W. Wallace, Jr., Columbiana, for petitioner.

Bernard F. Sykes, Asst. Atty. Gen., opposed (Code 1940, Tit. 55, § 239).

SIMPSON, Justice.

Petition of Craig Tranholm for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Tranholm v. State, 77 So.2d 491.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and MAYFIELD, JJ., concur.

77 So.2d 383

## W. S. SIMPSON

### v.

### Rufus WARD.

### 3 Div. 724.

Supreme Court of Alabama.

Jan. 13, 1955.

Edwin C. Page, Jr., Evergreen, for petitioner.

Jones & Nix, Evergreen, opposed.

LIVINGSTON, Chief Justice.

Petition of W. S. Simpson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Simpson v. Ward, 77 So.2d 376.

Writ denied.

LAWSON, STAKELY and MERRILL, JJ., concur.